UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PEEK,<br><br>   Petitioner,<br><br>   v.<br><br>STATE OF CALIFORNIA,<br><br>   Respondent. | Case No. 2:24-cv-3421-JDP (P)<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner is incarcerated in Kern County, which is in the Eastern District of California, and was convicted in Riverside County, which is in the Central District of California. Pursuant to 28 U.S.C. § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. However, the district of conviction is the preferable forum to review conviction challenges. *See Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (petition challenging conviction best heard in district of conviction).

1  Accordingly, in the furtherance of justice, it is hereby ORDERED that:

2  1.  This matter is transferred to the United States District Court for the Central District of
3  California.  28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

IT IS SO ORDERED.

Dated:    December 12, 2024     _____
　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE